No. 03–1633. IN RE HEMPHILL, *ante*, p. 808. Petition for rehearing denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–6872. CASILLAS v. UNITED STATES, 540 U. S. 1025. Motion of petitioner for leave to file petition for rehearing denied.

### DECEMBER 3, 2004

No. 04–334. RAYTHEON CO. v. ASHBORN AGENCIES, LTD. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 04–277. NATIONAL CABLE & TELECOMMUNICATIONS ASSN. ET AL. v. BRAND X INTERNET SERVICES ET AL.; and

No. 04–281. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. BRAND X INTERNET SERVICES ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument. Reported below: 345 F. 3d 1120.

### DECEMBER 6, 2004

No. 04–6219. PAYNE v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. 04–5891. SPENCER v. EARLEY ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennessee* v. *Lane*, 541 U. S. 509 (2004).